UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN DEHN § | |
| *Plaintiff,* § | |
| § | |
| v. § | CASE NO. 3:18-cv-01374-N |
| § | |
| CREDIT MANAGEMENT, LP, § | |
| *Defendant.* § | |

**DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendant Credit Management, LP ("Defendant") files its *Motion for Entry of Judgment*, as follows:

Rule 58 of the Federal Rules of Civil Procedure requires the Court to "approve the form of the judgment, which the clerk must promptly enter, when: the jury returns a special verdict or a general verdict with answer to written questions." Fed. R. Civ. P. 58(b)(2)(A).

The Jury in the above-styled matter returned their verdict, with answers to written questions, on September 4, 2019. Doc. 56. Judgment in a separate document is required for this matter. *See* Fed. R. Civ. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document"); *see also id.* (listing exceptions to the general rule requiring a separate document, which do not apply to the present case).

Defendant respectfully requests that this Court enter its final judgment in the above-styled matter as attached hereto.

Dated: September 10, 2019.           Respectfully submitted,

                                     **MALONE FROST MARTIN PLLC**

                                     */s/ Robbie Malone*
                                     ROBBIE MALONE
                                     State Bar No. 12876450
                                     Email: rmalone@mamlaw.com
                                     EUGENE XERXES MARTIN, IV
                                     State Bar No. 24078928
                                     Email: xmartin@mamlaw.com
                                     **MALONE FROST MARTIN PLLC**
                                     NorthPark Central, Suite 1850
                                     8750 North Central Expressway
                                     Dallas, Texas 75231
                                     P: (214) 346-2630 | F: (214) 346-2631


                                     ***COUNSEL FOR CREDIT MANAGEMENT, LP***


## CERTIFICATE OF CONFERENCE

   Counsel for Defendant attempted to confer with counsel for Plaintiff via email regarding the foregoing pleading on September 10, 2019. Counsel for Plaintiff was unresponsive.

                                     /s/ *Robbie Malone*
                                     ROBBIE MALONE

**CERTIFICATE OF SERVICE**

      The undersigned certifies that she forwarded a copy of the foregoing pleading to all parties entitled to notice of same and, specifically, to counsel for Plaintiff via **CM/ECF** on this 10th day of September, 2019:

William Bernell Gammon
Gammon Law Office PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701
Email: firm@gammonlawoffice.com

David Mitchell
Maney & Gordon PA
101 E Kennedy Blvd
Suite 3170
Tampa, FL 33602
Email: David@MitchellConsumerLaw.com

Jeffrey Jack Gordon
Maney & Gordon PA
101 E Kennedy Blvd
Suite 1700
Tampa, FL 33602
Email: j.gordon@maneygordon.com

                                  */s/ Robbie Malone*
                                  ROBBIE MALONE