IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN DEHN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-1374-N |
| | § | |
| CREDIT MANAGEMENT, LP, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with the verdict of the jury [56], the Court renders judgment in favor of Defendant Credit Management, LP ("Credit Management") against Plaintiff John Dehn ("Dehn") for all claims brought by Dehn. The Court further orders that Dehn take nothing and that court costs be taxed against Dehn. All relief not expressly granted is denied. This is a final judgment.

Signed December 5, 2019.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE